KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile:  415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. C 04- 04-2038 MMC |
| Plaintiff, | ) | DEFAULT JUDGMENT |
| v. | ) | |
| $19,150.00 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

    **UPON CONSIDERATION** of the unopposed motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice to parties known to have an interest and by publication as required by Rule 6-1, Local Admiralty Rules, (2) the time for filing a claim and answer has expired and (3) the only person who timely appeared to defend by filing a claim and answer has now withdrawn his claim, it is by the Court,

    ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is entered for the United States against defendant $19,150 in United States Currency; and it is

    FURTHER ORDERED that the defendant $19,150 in United States Currency be and hereby is forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(1)(6), and that all right,

1 | title and interest in said property be and hereby is vested in the United States of America;
2 | and it is
3 |      FURTHER ORDERED that the United States Marshals Service shall dispose of the
4 | forfeited defendant property according to law.

DATED:  April 27, 2005

 /s/ Maxine M. Chesney
HONORABLE MAXINE M. CHESNEY
United States District Judge

US Motion for Default Judgment
C 04-5156                             2